**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NAJAY CUMMINGS,

                        Plaintiff,

         -against-                                    23 **CIVIL** 11184 (KPF)

                                                            **JUDGMENT**

JAMES CASSAR, In Individual and Official
Capacity, and CHELSEA WHITTAK,

                       Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 11, 2025, Defendants' motion to dismiss is GRANTED. Mr. Cummings's federal claims are dismissed with prejudice. To the extent Mr. Cummings intended to plead claims under state or city law, those claims are dismissed without prejudice. This Court further certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this decision would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

        December 11, 2025

                                        **TAMMI M. HELLWIG**
                                      _____
                                        **Clerk of Court**

                 **BY:** _____
                                  **Deputy Clerk**